**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 7 2009

JAMES W. McCORMACK, CLERK
By: _Jackun_
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

GENERAL ELECTRIC CAPITAL CORPORATION,
Successor to ASSOCIATES COMMERCIAL CORPORATION                    PLAINTIFF

VS.                              CASE NO. 4:99cv00746

BEECH TRUCKING COMPANY, INC.
ARTHUR BEECH                                                      DEFENDANTS

## ORDER REVIVING JUDGMENT

On this day the Motion to Revive Judgment Lien filed by General Electric Capital

Corporation, successor to Associates Commercial Corporation, comes for hearing.  From the

Motion, the Notice of Intent to Revive Judgment issued herein, and from other things and

matters before the Court, the Court, having considered the matter and being well and

sufficiently advised, finds that the judgment entered against Beech Trucking Company, Inc.

and Arthur Beech in the amount of $295,540.37 on October 19, 2000 in this court has not been

reversed, annulled, or set aside, and remains unsatisfied, and that the lien arising from said

judgment is hereby revived.

IT IS SO ORDERED.

_____
United States District Judge

DATE: _Oct 27, 2009_

836845-v1

PREPARED BY:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442

By: _____
     Charles T. Coleman (80030)
     Attorneys for General Electric Capital
     Corporation

836845-v1